**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                                     Case No. 23−30502
                                                                                          Chapter 13
Vickie S. Scott ,

      Debtor.

## NOTICE

Notice of Submission Error requiring refiling. Please refile as a Objection to Notice of Postpetition Fees and set for hearing. Please refile a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)23 Rule 9007−1 Motion/Notice/Objection). Corrected filing due by 11/9/2023. (JI)

Dated November 2, 2023

Juan−Carlos Guerrero
Clerk of Court