**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                                 Case No. 23−30502
                                                                                      Chapter 13
Vickie S. Scott ,

    Debtor.

## NOTICE

Notice of Submission Error requiring refiling. Please refile as a Objection to Notice of Postpetition Fees and set for hearing. Please refile a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)23 Rule 9007−1 Motion/Notice/Objection). Corrected filing due by 11/9/2023. (JI)

Dated November 2, 2023

Juan−Carlos Guerrero
Clerk of Court

| | |
|---|---|
| In re: | Case No. 23-30502-CLH |
| Vickie S. Scott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1127-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 02, 2023 | Form ID: enotice | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

**Recip ID        Recipient Name and Address**
db            +  Vickie S. Scott, 2959 Coosa County Rd. 93, Kellyton, AL 35089-1825

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov  danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Charles G. Reynolds, Jr | on behalf of Debtor Vickie S. Scott reynolds610@charter.net  chuck@creynoldslaw.net |
| Douglas Alan Baymiller | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust dbaymiller@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;nbrown@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Hugh Andrew Smith | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust hsmith@mtglaw.com, ecfnotifications@mtglaw.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |